**Fill in this information to identify the case:**

Debtor 1    Georgoulla Mikromastoras

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern    District of    NY
                                                                  (State)

Case number    16-74828-ast

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:    Mortgage Information**

**Name of creditor:**    U.S. Bank Trust National Association
as Trustee of Lodge Series IV Trust

**Court claim no.** (if known):
2-2

**Last 4 digits** of any number you use to identify the debtor's account:    3    8    5    9

**Property address:**    204 Seneca St
                         Number        Street

Ronkonkoma, NY 11779
City                    State    ZIP Code

---

**Part 2:    Prepetition Default Payments**

*Check one:*

☒  Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐  Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:                                                                                    $ _____

---

**Part 3:    Postpetition Mortgage Payment**

*Check one:*

☐  Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/___
                                                               MM / DD / YYYY

☒  Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due: *less suspense of $1,499.94        (a)  $ 5,678.62

b.  Total fees, charges, expenses, escrow, and costs outstanding:              +  (b)  $ 0.00

c.  **Total**. Add lines a and b.                                                  (c)  $ 5,678.62

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became        07 / 01 / 2019
due on:                                                            MM / DD / YYYY

---

| Debtor 1 | Georgoulla Mikromastoras | | | Case number (if known) | 16-74828-ast |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white;padding:2px;">**Part 4:**   **Itemized Payment History**</div>

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

<div style="background:black;color:white;padding:2px;">**Part 5:**   **Sign Here**</div>

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ **/s/ Richard Postiglione**

Signature

Date  10 / 01 / 2019

Print  **Richard Postiglione**

First Name    Middle Name    Last Name

Title  Creditor's Attorney

Company  **Friedman Vartolo, LLP**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1325 Franklin Avenue, Suite 230

Number    Street

Garden City, NY 11530

City    State    ZIP Code

Contact phone  ( 212 ) 471 – 5100

Email  bankruptcy@friedmanvartolo.com



**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 11/1/2016 | $1,060.90 | $799.33 | $1,860.23 | Filed w/POC |
| 10/1/2017 | $1,060.90 | $808.50 | $1,869.40 | NOPC |
| 12/1/2018 | $1,060.90 | $931.56 | $1,992.46 | NOPC |
| 12/1/2018 | $951.87 | $842.77 | $1,794.64 | Per Loan Mod |
| | | | $0.00 | |
| | | | $0.00 | |

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | Mikromastoras |
| BK Case # | 16-74828 |
| Date Filed | 10/18/2019 |
| First Post Petition | |
| Due Date | 11/1/2016 |
| POC Covers | 7/1/15-10/1/18 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/2017 | $1,905.00 | 11/1/2016 | 7/1/2015 | $1,860.23 | $44.77 | $44.77 | | $44.77 | | | $0.00 | $0.00 | |
| 2/13/2017 | $1,905.00 | 12/1/2016 | 8/1/2015 | $1,860.23 | $44.77 | $44.77 | | $89.54 | | | $0.00 | $0.00 | |
| 3/2/2017 | $1,905.00 | 1/1/2017 | 9/1/2015 | $1,860.23 | $44.77 | $44.77 | | $134.31 | | | $0.00 | $0.00 | |
| 4/10/2017 | $1,905.00 | 2/1/2017 | 10/1/2015 | $1,860.23 | $44.77 | $44.77 | | $179.08 | | | $0.00 | $0.00 | |
| 5/8/2017 | $1,905.00 | 3/1/2017 | 11/1/2015 | $1,860.23 | $44.77 | $44.77 | | $223.85 | | | $0.00 | $0.00 | |
| 5/18/2017 | | Trustee Payment | | | $0.00 | | | $223.85 | $524.70 | | $524.70 | $524.70 | |
| 6/2/2017 | $1,800.00 | 4/1/2017 | 12/1/2015 | $1,860.23 | -$60.23 | | $60.23 | $163.62 | | | $524.70 | $524.70 | |
| 6/21/2017 | | Trustee Payment | | | $0.00 | | | $163.62 | $613.80 | | $1,138.50 | $1,138.50 | |
| 7/12/2017 | $1,900.00 | 5/1/2017 | 1/1/2016 | $1,860.23 | $39.77 | $39.77 | | $203.39 | | | $1,138.50 | $1,138.50 | |
| 7/21/2017 | | Trustee Payment | | | $0.00 | | | $203.39 | $613.80 | | $1,752.30 | $1,752.30 | |
| 9/8/2017 | $500.00 | | | | $500.00 | $500.00 | | $703.39 | | | $1,752.30 | $1,752.30 | |
| 9/27/2017 | | Trustee Payment | | | $0.00 | | | $703.39 | $613.80 | | $2,366.10 | $2,366.10 | |
| 9/29/2017 | $400.00 | | | | $400.00 | $400.00 | | $1,103.39 | | | $2,366.10 | $2,366.10 | |
| 10/31/2017 | $400.00 | | | | $400.00 | $400.00 | | $1,503.39 | | | $2,366.10 | $2,366.10 | |
| 11/15/2017 | | Trustee Payment | | | $0.00 | | | $1,503.39 | $1,227.60 | | $3,593.70 | $3,593.70 | |
| 11/15/2017 | | PRE-Petition Applied | 2/1/2016 | | $0.00 | | | $1,503.39 | | $1,060.90 | $2,532.80 | $3,593.70 | |
| 11/15/2017 | | PRE-Petition Applied | 3/1/2016 | | $0.00 | | | $1,503.39 | | $1,060.90 | $1,471.90 | $3,593.70 | |
| 11/15/2017 | | PRE-Petition Applied | 4/1/2016 | | $0.00 | | | $1,503.39 | | $1,060.90 | $411.00 | $3,593.70 | |
| 11/15/2017 | | PRE-Petition Applied | 5/1/2016 | | $0.00 | | | $1,503.39 | | $1,060.90 | -$649.90 | $3,593.70 | |
| 11/28/2017 | $250.00 | | | | $250.00 | $250.00 | | $1,753.39 | | | -$649.90 | $3,593.70 | |
| 12/21/2017 | | Trustee Payment | | | $0.00 | | | $1,753.39 | $613.80 | | -$36.10 | $4,207.50 | |
| 1/2/2018 | $400.00 | 6/1/2017 | 6/1/2016 | $1,860.23 | -$1,460.23 | | $1,460.23 | $293.16 | | | -$36.10 | $4,207.50 | |
| 1/25/2018 | | Trustee Payment | | | $0.00 | | | $293.16 | $613.80 | | $577.70 | $4,821.30 | |
| 1/29/2018 | $500.00 | | | | $500.00 | $500.00 | | $793.16 | | | $577.70 | $4,821.30 | |
| 2/3/2018 | | Trustee Payment | | | $0.00 | | | $793.16 | $613.80 | | $1,191.50 | $5,435.10 | |
| 3/1/2018 | $500.00 | | | | $500.00 | $500.00 | | $1,293.16 | | | $1,191.50 | $5,435.10 | |
| 3/21/2018 | | Trustee Payment | | | $0.00 | | | $1,293.16 | $613.80 | | $1,805.30 | $6,048.90 | |
| 3/29/2018 | $400.00 | | | | $400.00 | $400.00 | | $1,693.16 | | | $1,805.30 | $6,048.90 | |
| 4/26/2018 | $400.00 | 7/1/2017 | 7/1/2016 | $1,860.23 | -$1,460.23 | | $1,460.23 | $232.93 | | | $1,805.30 | $6,048.90 | |
| 4/30/2018 | | Trustee Payment | | | $0.00 | | | $232.93 | $613.80 | | $2,419.10 | $6,662.70 | |
| 5/25/2018 | | Trustee Payment | | | $0.00 | | | $232.93 | $613.80 | | $3,032.90 | $7,276.50 | |
| 6/4/2018 | $300.00 | | | | $300.00 | $300.00 | | $532.93 | | | $3,032.90 | $7,276.50 | |
| 6/21/2018 | | Trustee Payment | | | $0.00 | | | $532.93 | $613.80 | | $3,646.70 | $7,890.30 | |
| 6/21/2018 | | PRE-Petition Applied | 8/1/2016 | | $0.00 | | | $532.93 | | $1,060.90 | $2,585.80 | $7,890.30 | |
| 6/21/2018 | | PRE-Petition Applied | 9/1/2016 | | $0.00 | | | $532.93 | | $1,060.90 | $1,524.90 | $7,890.30 | |
| 6/21/2018 | | PRE-Petition Applied | 10/1/2016 | | $0.00 | | | $532.93 | | $1,060.90 | $464.00 | $7,890.30 | |
| 6/27/2018 | $500.00 | | | | $500.00 | $500.00 | | $1,032.93 | | | $464.00 | $7,890.30 | |
| 7/24/2018 | | Trustee Payment | | | $0.00 | | | $1,032.93 | $623.70 | | $1,087.70 | $8,514.00 | |
| 7/30/2018 | $1,268.71 | 8/1/2017 | 11/1/2016 | $1,860.23 | -$591.52 | | $591.52 | $441.41 | | | $1,087.70 | $8,514.00 | |
| 8/24/2018 | | Trustee Payment | | | $0.00 | | | $441.41 | $623.70 | | $1,711.40 | $9,137.70 | |
| 9/24/2018 | | Trustee Payment | | | $0.00 | | | $441.41 | $646.80 | | $2,358.20 | $9,784.50 | |
| 10/17/2018 | $1,029.42 | | | | $1,029.42 | $1,029.42 | | $1,470.83 | | | $2,358.20 | $9,784.50 | |
| | | **Loan Mod entered 12/1/18.** | | | | | | | | | | | |
| 12/2/2018 | | Trustee Payment | | | $0.00 | | | $0.00 | $620.40 | | $2,978.60 | $10,404.90 | |
| 12/26/2018 | | Trustee Payment | | | $0.00 | | | $0.00 | $620.40 | | $3,599.00 | $11,025.30 | |
| 12/28/2018 | $1,768.71 | | | | $1,768.71 | $1,768.71 | | $1,768.71 | | | $3,599.00 | $11,025.30 | |
| 12/31/2018 | $1,768.71 | 12/1/2018 | 1/1/2017 | $1,794.64 | -$25.93 | | $25.93 | $1,742.78 | | | $3,599.00 | $11,025.30 | |
| 12/31/2018 | | PRE-Petition Applied | 2/1/2017 | | $0.00 | | | $1,742.78 | | $1,860.23 | $1,738.77 | $11,025.30 | |
| 12/31/2018 | | PRE-Petition Applied | 3/1/2017 | | $0.00 | | | $1,742.78 | | $1,860.23 | -$121.46 | $11,025.30 | |
| 12/31/2018 | | PRE-Petition Applied | 4/1/2017 | | $0.00 | | | $1,742.78 | | $1,860.23 | -$1,981.69 | $11,025.30 | |
| 12/31/2018 | | PRE-Petition Applied | 5/1/2017 | | $0.00 | | | $1,742.78 | | $1,860.23 | -$3,841.92 | $11,025.30 | |
| 1/29/2019 | $1,770.00 | 1/1/2019 | 6/1/2017 | $1,794.64 | -$24.64 | | $24.64 | $1,718.14 | | | -$3,841.92 | $11,025.30 | |
| 3/14/2019 | $1,770.00 | 2/1/2019 | 7/1/2017 | $1,794.64 | -$24.64 | | $24.64 | $1,693.50 | | | -$3,841.92 | $11,025.30 | |
| 4/16/2019 | $1,600.00 | 3/1/2019 | 8/1/2017 | $1,794.64 | -$194.64 | | $194.64 | $1,498.86 | | | -$3,841.92 | $11,025.30 | |
| 4/22/2019 | $1,800.00 | 4/1/2019 | 9/1/2017 | $1,794.64 | $5.36 | $5.36 | | $1,504.22 | | | -$3,841.92 | $11,025.30 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/11/2019 | $1,785.00 | 5/1/2019 | 10/1/2017 | $1,794.64 | -$9.64 | | $9.64 | $1,494.58 | | | -$3,841.92 | $11,025.30 |
| 7/17/2019 | $1,800.00 | 6/1/2019 | 11/1/2017 | $1,794.64 | $5.36 | $5.36 | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| 7/17/2019 | | PRE-Petition Applied | 12/1/2017 | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |
| | | | | | $0.00 | | | $1,499.94 | | | -$3,841.92 | $11,025.30 |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
             :

IN RE:                    :    CASE NO.: 16-74828-ast

                        :    CHAPTER: 13

Georgoulla Mikromastoras,   :

                        :    HON. JUDGE.: Alan S. Trust

Debtor.               :

                        :

                        :

                        :

--------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

       On October 1, 2019, I served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE PAYMENT by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                      By: <u>/s/ Richard Postiglione</u>
                      FRIEDMAN VARTOLO LLP
                      85 Broad Street, Suite 501
                      New York, New York 10004
                      T: (212) 471-5100
                      F: (212) 471-5150

<u>**SERVICE LIST**</u>

Georgoulla Mikromastoras
204 Seneca Street
Ronkonkoma, NY 11779
***Debtor***

Richard A Jacoby
Jacoby & Jacoby
1737 North Ocean Avenue
Medford, NY 11763
***Debtor's Attorney***

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***